# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:16-CV-00159

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>V.<br><br>FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC.,<br><br>      Defendant. | |

## CONSENT PROTECTIVE ORDER

*FED. R. CIV. P. 26(c)(1)(G)*

THIS MATTER is before the Court on the parties' Consent Motion for a Protective Order (the "Consent Motion") [D.E. #18] to limit the use of certain confidential commercial information, delineated as the "Training Materials" in the Consent Motion, produced in connection with the Plaintiff's First Interrogatories and Request for Production to Defendant as provided for by FED. R. CIV. P. 26(c)(1)(G). For good cause shown, the Court hereby GRANTS the Consent Motion.

IT IS SO ORDERED that the Court hereby GRANTS the Consent Motion for a Protective Order and that the items delineated as "Training Materials", and any future confidential commercial information produced in connection with discovery, shall be used only for the purposes of this litigation and the Plaintiff's copies of the same shall be destroyed at the conclusion of this litigation;

AND FURTHER, IT IS SO ORDERED, that the Plaintiff shall redact any irrelevant material should the Plaintiff use these materials in connection with the litigation, such as in support of a dispositive motion.

SO ORDERED.

Signed: April 25, 2017

Graham C. Mullen
United States District Judge