# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00159-GCM

| | |
|---|---|
| **AMERICAN RELIABLE INSURANCE COMPANY,**<br><br>　　　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC.,**<br><br>　　　　　　　　　　　　**Defendant.** | **ORDER ON THE PARTIES' JOINT MOTION FOR DEVIATION FROM LCvR 16.3** |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Deviation from LCvR 16.3. The Court, having considered the Motion and its accompanying Memorandum, noting the agreement of the parties, and noting that the Parties have previously mediated the same issues that would be before a mediator in this matter, finds that there is good cause for deviation from Local Civil Rule 16.3 and **GRANTS** the Joint Motion.

**IT IS SO ORDERED** that the Joint Motion is **GRANTED**, and the Parties are not required to participate in a mediation in this litigation.

**SO ORDERED**.

Signed: September 18, 2017

Graham C. Mullen
United States District Judge