# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-159-GCM

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC., <br>     Defendants. | ORDER |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **March 12, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: September 27, 2017

Graham C. Mullen
United States District Judge